IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER HUTCHINSON & DAVID HUTCHINSON, W/H, *Plaintiffs*, v. STATE FARM FIRE & CASUALTY CO., *Defendant*. | CIVIL ACTION<br><br>No. 18-cv-2588 |

## ORDER

**AND NOW,** this 28th day of January, 2019, upon consideration of Plaintiffs' Motion to Remand (ECF No. 11) and Defendant's response thereto (ECF No. 12), it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED** and this matter is **REMANDED** to the Pennsylvania Court of Common Pleas of Montgomery County.

BY THE COURT:

/s/ Mitchell S. Goldberg

MITCHELL S. GOLDBERG, J.